**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN THE MATTER OF THE SEARCH OF ILHAN OMAR'S WASHINGTON, D.C. RESIDENCE )

Case: 1:26-mc-00147
Assigned To : Boasberg, James E.
Assign. Date : 10/15/2026
Description: Misc.

**JUDICIAL WATCH, INC.'S MOTION TO INTERVENE**
**AND UNSEAL SEARCH WARRANT MATERIALS**

Judicial Watch, Inc., by counsel, moves to intervene in this matter for the limited purpose of unsealing the judicial records related to the search warrant executed at Representative Ilhan Omar's Washington, D.C. home on October 12, 2026. Judicial Watch seeks the warrant, its application, all supporting affidavits and attachments, any return and inventory, the docket sheet, and all related briefs, motions, orders, opinions, and transcripts filed in this matter, including records concerning the scope of the search and the sealing of these materials. Judicial Watch also moves to unseal these materials as expeditiously as possible, subject only to any specifically justified, limited redactions. The reasons for this motion are stated in the accompanying memorandum of points and authorities.

Dated: October 15, 2026

Respectfully submitted,

Sean O'Donnell (D.C. Bar No. 90040392)
Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
Tel: (202) 646-5172
Email: mbekesha@JudicialWatch.org

*Counsel for Judicial Watch, Inc.*

RECEIVED
OCT 15 2026
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia