**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ILHAN OMAR'S WASHINGTON, D.C. RESIDENCE | ) ) No. ) ) |

[PROPOSED] **ORDER GRANTING JUDICIAL WATCH'S MOTION TO INTERVENE AND UNSEAL SEARCH WARRANT MATERIALS**

This matter is before the Court on Judicial Watch, Inc.'s Motion to Intervene and Unseal Search Warrant Materials. Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Judicial Watch's request for limited intervention is GRANTED; and

IT IS HEREBY FURTHER ORDERED that Judicial Watch's motion to unseal is GRANTED.

The Clerk of Court is directed to unseal and place on the public docket in this matter all records filed in connection with the search warrant executed at the residence of Representative Ilhan Omar on or about October 12, 2026.

IT IS SO ORDERED.

Dated: ____________________

______________________________
UNITED STATES DISTRICT JUDGE