IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ILHAN OMAR'S WASHINGTON, D.C. RESIDENCE | Case No.: 26-mc-0147-JEB |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Michael Bekesha hereby enters his appearance on behalf of proposed intervenor Judicial Watch, Inc. in the above-captioned matter.

Dated: October 16, 2026

Respectfully submitted,

Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel: (202) 646-5172
Email: mbekesha@JudicialWatch.org

*Counsel for Judicial Watch, Inc.*