IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF THE SEARCH OF ILHAN OMAR'S WASHINGTON, D.C. RESIDENCE

Case No.: 26-mc-0147-JEB

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Proposed Intervenor Judicial Watch, Inc., by counsel, respectfully certifies that:

Judicial Watch, Inc. is a nonprofit corporation under the laws of the District of Columbia and has no parents, subsidiaries, or affiliates that have any outstanding securities issued to the public.

Dated: October 16, 2026

Respectfully submitted,

Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Tel: (202) 646-5172
Email: mbekesha@JudicialWatch.org

*Counsel for Judicial Watch, Inc.*