UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APPLICATION OF FOURTEEN PRESS ORGANIZATIONS FOR ACCESS TO SEALED SEARCH WARRANT RECORDS | Case No. 1:26-mc-00144 (JEB) |
| IN RE APPLICATION OF THE NEW YORK TIMES COMPANY IN THE MATTER OF REP. ILHAN OMAR INVESTIGATION | Case No. 1:26-mc-00145 (JEB) |
| IN THE MATTER OF THE SEARCH OF ILHAN OMAR'S WASHINGTON, D.C. RESIDENCE | Case No. 1:26-mc-00147 (JEB) |

## **CERTIFICATE OF SERVICE**

Today, October 27, 2026, I have served by email upon counsel for the Applicants, at their email addresses noted on the docket in this matter, the United States of America's Motion to Seal and to File *Ex Parte* its Memorandum in Opposition to Requests to Access Sealed Search Warrant Records. A copy of the Motion to Seal is also attached hereto.

*s/ Peter Pfaffenroth*
PETER PFAFFENROTH
Chief, Civil Division
Assistant United States Attorney